**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| **TALMADGE ALLEN BECKUM,** | : | |
| | : | |
| **Plaintiff,** | : | |
| **v.** | : | **CASE NO:** |
| **MARTHA ANN COE, *et al.*,** | : | **1:26-cv-65—WLS** |
| | : | |
| **Defendants.** | : | |
| | : | |

**ORDER**

On July 23, 2026, Defendant Martha Ann Coe ("Coe") filed a Motion to Dismiss or, in the Alternative, for a More Definite Statement (Doc. 5) ("Coe Motion to Dismiss"). On August 7, 2026, *pro se* Plaintiff filed his Response (Doc. 11) to the Coe Motion to Dismiss. On August 19, 2026, Defendants Terrell County, Georgia ("Terrell County") and Wilbur T. Gamble, III, in his individual capacity and official capacity as a member of the Terrell County Board of Commissioners ("Gamble") filed their Motion to Dismiss or, in the Alternative, for a More Definite Statement (Doc. 13) ("Terrell/Gamble Motion to Dismiss"). Plaintiff's response to the Terrell/Gamble Motion to Dismiss is due Friday, September 11, 2026. (*See* Order (Doc. 14).

Before the Court is *pro se* Plaintiff's Motion for Leave to File Corrected Response (Doc. 15) ("Motion for Leave") filed August 21, 2026. Therein, Plaintiff requests leave to file a corrected and supplemental response to the Coe Motion to Dismiss. Alternatively, he requests that he be permitted to file an amended complaint or more definite statement rather than the Court entering an order dismissing his case with prejudice.

In their respective Motions to Dismiss, Coe, Terrell County and Gamble (together "Defendants") seek dismissal or alternatively a motion for more definitive statement. Defendants have not stated their position as to Plaintiff amending his complaint and the Court finds it appropriate to shorten their response time to Plaintiff's Motion for Leave.

Accordingly, on or before **Monday, August 31, 2026**, Defendants shall file their response(s) to the Motion for Leave. On or before **Monday, September 7, 2026**, Plaintiff

may file a reply, if any, to such response(s). Thereafter, the Court will consider Plaintiff's Motion for Leave (Doc. 15) and any opposition to the same filed by Defendants and issue its ruling.

**SO ORDERED**, this 24th day of August 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**