**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| **TALMADGE ALLEN BECKUM,** | : | |
| | : | |
| **Plaintiff,** | : | |
| **v.** | : | **CASE NO:** |
| **MARTHA ANN COE, *et al.*,** | : | **1:26-cv-65—WLS** |
| | : | |
| **Defendants.** | : | |
| | : | |

# ORDER

Pending before the Court are (1) Defendant Martha Ann Coe's ("Coe") Motion to Dismiss or, in the Alternative, for a More Definite Statement (Doc. 5) ("Coe Motion to Dismiss"), and (2) Defendants Wilbur T. Gamble, III ("Gamble) and Terrell County, Georgia's ("Terrell") Motion to Dismiss or, in the Alternative, for a More Definite Statement (Doc. 13) ("Terrell/Gamble Motion to Dismiss"). On September 16, 2026, with the Court's permission, Plaintiff filed his First Amended Complaint and Preliminary Statement (Doc. 22). Upon the filing of an amended complaint, pending motions to dismiss with respect to the prior complaint become moot.

Accordingly, the Coe Motion to Dismiss (Doc. 5) and the Terrell/Gamble Motion to Dismiss (Doc. 13) are **DENIED, AS MOOT, WITHOUT PREJUDICE**.

**SO ORDERED**, this 22nd day of September 2026.

**/s/W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**